| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Elizabeth J Venturini<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–2843<br>EIN: __–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Northern District of Illinois | Date case filed for chapter: 13   10/30/23 |
| Case number: | 23–14556 | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case          10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Elizabeth J Venturini | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 724 Patton Dr<br>Buffalo Grove, IL 60089 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603 | Contact phone 312–294–5900 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 10/31/23 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

Debtor **Elizabeth J Venturini**                                                                                                           Case number **23-14556**

| 7. Meeting of creditors | **November 30, 2023 at 01:00 PM** | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 647 557 0506, and Passcode 7038866130, OR call 1-872-201-1128** |
| | | For additional meeting information, go to www.justice.gov/ust/moc . |

| 8. Deadlines | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline: 1/29/24** |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 1/8/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/29/24** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of plan | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on: **1/4/24** at **10:30 AM** , Location: **Courtroom 744, 219 S. Dearborn St, Chicago, IL 60604 or Using Zoom. To appear by video, use this link: https://www.zoomgov.com/ or to appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID 161 329 5276 and passcode 433658.**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. |
|---|---|
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 23-14556-TAB

Elizabeth J Venturini  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: admin Page 1 of 3
Date Rcvd: Oct 31, 2023 Form ID: 309I Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth J Venturini, 724 Patton Dr, Buffalo Grove, IL 60089-3433 |
| 30479733 | | American Advisors Group, PO Box 39457, Mc Neill, MS 39457 |
| 30479732 | + | American Advisors Group, 3900 Capital City Blvd., Lansing, MI 48906-2147 |
| 30479737 | + | Buffalo Grove Water Billing, 50 Raupp Blvd, Buffalo Grove, IL 60089-2139 |
| 30479738 | + | Byline Bank, 3639 N Broadway, Chicago, IL 60613-4421 |
| 30479740 | + | Cook County Clerk, 69 W. Washington Street, Suite 500, Chicago, IL 60602-3030 |
| 30479741 | + | Cook County Clerk's Office, 118 North Clark Street, Room 434, Chicago, IL 60602-1413 |
| 30479745 | + | HEAVNER BEYERS MIHLAR LLC, 111 E MAIN ST #200, Decatur, IL 62523-1204 |
| 30479752 | + | Reverse Mortgage Funding Group, 101 Louis Henna Blvd #4450, Austin, TX 78728-1235 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: cutlerfilings@gmail.com | Oct 31 2023 22:56:00 | David H Cutler, Cutler & Associates, Ltd., 4131 Main St., Skokie, IL 60076 |
| tr | + | Email/Text: bncnotice@chicagoch13.com | Oct 31 2023 22:56:00 | Thomas H. Hooper, Office of the Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603-5764 |
| ust | + | Email/Text: USTPREGION11.ES.ECF@USDOJ.GOV | Oct 31 2023 22:57:00 | Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604-2027 |
| 30479736 | + | EDI: CINGMIDLAND.COM | Nov 01 2023 02:41:00 | AT&T, 208 S Akard St., Dallas, TX 75202-4206 |
| 30479734 | + | Email/PDF: bncnotices@becket-lee.com | Oct 31 2023 23:16:06 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 30479735 | + | EDI: AGFINANCE.COM | Nov 01 2023 02:41:00 | American General Financial Springleaf, 4005 W Kane Ave., Ste M, McHenry, IL 60050-6305 |
| 30479744 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 31 2023 22:56:00 | Credit Corp Solutions, 180 Election Road, Suite 200, Draper, UT 84020 |
| 30479739 | ^ | MEBN | Oct 31 2023 22:53:07 | Cbe Group, Attn: Bankruptcy Dept, PO BOX 900, Waterloo, IA 50704-0900 |
| 30479742 | + | Email/Text: lbankruptcy@cookcountytreasurer.com | Oct 31 2023 22:58:00 | Cook County Treasurer's Office, 118 North Clark Street, Room 112, Chicago, IL 60602-1590 |
| 30479743 | + | EDI: CCS.COM | Nov 01 2023 02:41:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 30479746 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 31 2023 22:56:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2023 | Form ID: 309I | Total Noticed: 32 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 30479747 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 31 2023 23:16:13 | LVNV Funding/Resurgent Capital, PO BOX 10497, Greenville, SC 29603-0497 |
| 30479749 | + | Email/Text: NCI_bankonotify@ncirm.com | Oct 31 2023 22:56:00 | Nationwide Credit Inc, PO BOX 14581, Des Moines, IA 50306-3581 |
| 30479750 | ^ | MEBN | Oct 31 2023 22:58:17 | Nicor Gas, PO Box 5407, Carol Stream, IL 60197-5407 |
| 30479751 | | EDI: PRA.COM | Nov 01 2023 02:41:00 | Portfolio Recovery Associates, LLC, Successor to SYNCHRONY Bank, POB 41067, Norfolk, VA 23541 |
| 30479753 | + | EDI: RMSC.COM | Nov 01 2023 02:41:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO BOX 965060, Orlando, FL 32896-5060 |
| 30479754 | + | EDI: RMSC.COM | Nov 01 2023 02:41:00 | Synchorny Bank/TJX, Attn: Bankruptcy, PO BOX 965060, Orlando, FL 32896-5060 |
| 30479755 | + | EDI: RMSC.COM | Nov 01 2023 02:41:00 | Synchrony Bank/AVB Buying Group, PO BOX 965036, Orlando, FL 32896-5036 |
| 30479756 | + | EDI: RMSC.COM | Nov 01 2023 02:41:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO BOX 965060, Orlando, FL 32896-5060 |
| 30479757 | + | EDI: WTRRNBANK.COM | Nov 01 2023 02:41:00 | Target, C/O Financial & Retail Svcs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 30479758 | + | EDI: CITICORP.COM | Nov 01 2023 02:41:00 | Visa Dept Store/Macys, Attn: Bankruptcy, PO BOX 8053, Mason, OH 45040-8053 |
| 30479759 | + | EDI: WFFC2 | Nov 01 2023 02:41:00 | Wells Fargo Bank, PO BOX 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 30479760 | + | EDI: WFFC.COM | Nov 01 2023 02:41:00 | Wffnb Retail, PO BOX 94498, Las Vegas, NV 89193-4498 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 30479748 | ##+ | Merchants Credit, 223 W Jackson Blvd, Suite 700, Chicago, IL 60606-6914 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 31, 2023 | Form ID: 309I | Total Noticed: 32 |

| Name | Email Address |
|---|---|
| David H Cutler | on behalf of Debtor 1 Elizabeth J Venturini cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |

TOTAL: 3