Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
EASTERN DIVISION
219 S. Dearborn Street, Room 713, Chicago, IL 60604

CHANGE OF ADDRESS – **CREDITOR**

**If completed by an attorney, this form must be filed electronically in CM/ECF.**
This form cannot be used to change the name of a creditor.

In re: Elizabeth J Venturini                    Case Number: 23-14556

                                                Chapter: 13

Check which type of address change is being requested:

☑ Notice only        ☐ Payment only        ☐ Notice & Payment

Creditor's Name: Nationwide Credit Inc.

Enter related claim number(s) if any:            Dollar Amount: $

Previous Notice Address:                         New Notice Address:
Nationwide Credit Inc.                           Nationwide Credit Corporation
PO Box 14851                                     PO Box 9156
Des Moines, IL 50306                             Alexandria, VA 22304

Previous Payment Address:                        New Payment Address:

Change requested by:      David H Cutler Attorney at law
(Printed name and title)
                          Mailing Address
                          4131 Main St., Skokie IL 60076

                          /s/David H Cutler 1.10.24

Creditor Phone Number:
Creditor Email Address:
             Signature and Date
             /s/David H Cutler 1.10.24

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19

Form G-15

UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
EASTERN DIVISION
219 S. Dearborn Street, Room 713, Chicago, IL 60604

CHANGE OF ADDRESS – **CREDITOR**

**If completed by an attorney, this form must be filed electronically in CM/ECF.**
**This form cannot be used to change the name of a creditor.**

In re: Elizabeth J Venturini    Case Number: 23-14556

Chapter: 13

Check which type of address change is being requested:

☑ Notice only ☐ Payment only ☐ Notice & Payment

Creditor's Name: Wffnb Retail

Enter related claim number(s) if any: 2    Dollar Amount: $ 2,719.37

Previous Notice Address:
Wffnb Retail
PO Box 94498
Las Vegas, NV 89193

New Notice Address:
Wells Fargo Bank, N.A. , MAC F8235-02F
PO Box 10438
Des Moines, IA 50306-0438

Previous Payment Address:

New Payment Address:

Change requested by:
(Printed name and title)

David H Cutler Attorney at law

Mailing Address
4131 Main St., Skokie IL 60076

/s/David H Cutler 1.10.24

Creditor Phone Number:
Creditor Email Address:

Signature and Date
/s/David H Cutler 1.10.24

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

Revised 1/24/19